UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN PAUL KOZOL,

           Plaintiff,

   v.

CLINT MAY et al.

           Defendants.

CASE NO. C11-5200-RBL-JRC

ORDER

      This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff filed a motion asking the Court to vacate in forma pauperis status and stop collection of funds from his account. (ECF No. 15). In that motion plaintiff indicated that he had a pending motion to dismiss, but he had not filed any motion to dismiss with the Court.

      The Court stayed this action and gave plaintiff until November 18, 2011, to file his motion to dismiss (ECF No., 17). Under the terms of that order, the stay lifted on November 18, 2011(ECF No. 17). After the stay lifted defendants filed a motion to extend the time for filing a

dispositive motion and filed a motion for summary judgment. Plaintiff then filed a motion to dismiss without prejudice, which was not signed until November 22, 2011(ECF No. 22). The motion to vacate in forma pauperis status, (ECF No. 15) is DENIED.

On November 22, 2011, defendants filed a motion asking for an extension of time to file dispositive motions (ECF No. 18). Defendants' motion is GRANTED. The motion to stay discovery is noted for December 9, 2011 (ECF No. 21). Defendant's motion for summary judgment (ECF No. 19) and Plaintiff's motion to dismiss, (ECF No. 22), are noted for December 16, 2011.

Dated this 29th day of November, 2011.

J. Richard Creatura
United States Magistrate Judge