UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN PAUL KOZOL, <br><br> Plaintiff, <br><br> v. <br><br> CLINT MAY et al., <br><br> Defendants. | CASE NO. C11-5200-RBL-JRC <br><br> ORDER DENYING DEFENDANT'S MOTION TO STAY DISCOVERY |

This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. The defendants have filed a motion asking to stay discovery pending decision of a motion for summary judgment (ECF No. 21).

In a footnote, defendants state that discovery is concluded and that this motion to stay need only be considered if the Court adopts an updated scheduling order. No such updated scheduling order is before the Court and this anticipatory motion is improper. The motion is DENIED.

Dated this 20th day of December, 2011.

J. Richard Creatura
United States Magistrate Judge