UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN PAUL KOZOL<br><br>    Plaintiff,<br><br> v.<br><br>CLINT MAY et al.,<br><br>    Defendants. | No. CV-11-5200-RBL<br><br>ORDER DENYING MOTION FOR SUMMARY JUDGMENT<br>[Dkt. #19] |

  This matter is before the court on Defendants' "Motion for Summary Judgment" [Dkt. #19]. Defendants appear to believe they have a motion for summary judgment pending, but no such motion was filed. Instead, the Defendants twice filed a Motion to Stay Discovery [Dkt. #s 19 & 21], and that Motion was denied [Dkt. #25]. Plaintiff's Motion to Dismiss has been GRANTED, and Defendant's Motion [Dkt. #19] is DENIED as moot.

DATED this 2nd day of March, 2012

                      /s/ Ronald B. Leighton
                      Ronald B. Leighton
                      United States District Judge